David P. Morrison, OSB No. 772846
Internet e-mail: morrison@cosgravelaw.com
COSGRAVE VERGEER KESTER LLP
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone:    (503) 323-9000
Facsimile:     (503) 323-9019

    Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BNSF RAILWAY COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>ALBANY & EASTERN RAILROAD COMPANY, an Oregon corporation,<br><br>    Defendant. | Case No. 3:08-CV-415-BR<br><br>**ORDER VACATING VERDICT AND JUDGMENT** |

(#166, #167)

Pursuant to the parties' settlement and stipulation, the May 19, 2011 verdict and June 2, (#174) 2011 Judgment are **VACATED**. Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

This Court shall retain jurisdiction to enforce the Settlement Agreement and Release.

Dated: January 25, 2012

                                                             _Anna J. Brown_
                                                              Anna J. Brown
                                                              United States District Court Judge

Page 1 – ORDER VACATING VERDICT AND JUDGMENT

1418528

Cosgrave Vergeer Kester LLP
Attorneys
888 SW Fifth Avenue, Suite 500
Portland, Oregon 97204
Telephone: (503) 323-9000 Facsimile: (503) 323-9019